# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, John Z. | U.S. District Court, N.D.Ill. | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 122
Chicago, Illinois 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Freeborn & Peters LLP -- Compensation for legal services rendered before becoming a judge. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Physician Anesthesia Associates |
| 2. | 2015 | Illinois Board of Health |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 05/04/15-05/05/15 | Milwaukee, WI | Judicial conference | Transportation, meals, and lodging |
| 2. | Federal Judicial Center | 05/19/15-05/22/15 | Berkeley, CA | Judicial training | Transportation, meals, and lodging |
| 3. | Department of Justice | 10/24/15-10/30/15 | Denpasar, Indonesia | Judicial training | Transportation, meals, and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Mortgage on Rental Property #1, Barrington, IL | O |
| 2. | Ditech Mortgage Corp. | Mortgage on Rental Property #1, Barrington, IL | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Barrington, IL (2007 $745,000) | E | Rent | O | R | | | | | |
| 2. LPL Financial IRA #1 | E | Dividend | O | T | | | | | |
| 3. - Am. Beacon High Yield Fund | | | | | Sold (part) | 04/28/15 | J | | |
| 4. - Am. Beacon Lg Cap Value Fund | | | | | Sold (part) | 04/28/15 | J | | |
| 5. - Am. Beacon Sm Cap Value Fund | | | | | Buy | 04/28/15 | K | | |
| 6. - Am. Century Mid Cap Value Fund | | | | | Buy | 08/19/15 | K | | |
| 7. - Am. Century Real Estate Fund | | | | | Sold (part) | 04/28/15 | J | | |
| 8. - Am. Funds Cap. Income Builder Fund | | | | | Sold (part) | 04/28/15 | J | | |
| 9. - Artisan Mid Cap Fund | | | | | Buy (add'l) | 04/28/15 | J | | |
| 10. - Artisan Small Cap Value Fund | | | | | Sold | 04/28/15 | K | | |
| 11. - Clearbridge Aggressive Growth Fund | | | | | Buy | 04/28/15 | K | | |
| 12. - DWS CROCI International Fund | | | | | Buy | 04/28/15 | K | | |
| 13. - DWS Floating Rate Fund | | | | | Sold | 04/28/15 | K | | |
| 14. - DWS Select Alt. Allocation Fund | | | | | Sold | 12/08/15 | K | | |
| 15. - JP Morgan Prime Money Mkt Acct | | | | | | | | | |
| 16. - Janus Venture Fund | | | | | Sold (part) | 04/28/15 | J | | |
| 17. - Natixis ASG Global Alt. Fund | | | | | Sold (part) | 04/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Oakmark International Fund | | | | | | | | | |
| 19.  - Oakmark Select Fund | | | | | Buy (add'l) | 12/09/15 | K | | |
| 20.  - Oppenheimer Dev. Mkts Fund | | | | | Buy (add'l) | 04/28/15 | J | | |
| 21.  - Perkins Mid Cap Value Fund | | | | | Sold | 04/28/15 | J | | |
| 22.  - Prudential Total Return Bond Fund | | | | | Buy | 04/28/15 | L | | |
| 23.  - RS Small Cap Growth Fund | | | | | | | | | |
| 24.  - TCW Select Equities Fund | | | | | Sold | 04/28/15 | L | | |
| 25.  - TCW Total Return Fund | | | | | Sold | 04/28/15 | K | | |
| 26.  - Touchstone Sands Select Fund | | | | | | | | | |
| 27.  LPL Financial IRA #2 | A | Dividend | K | T | | | | | |
| 28.  - Janus Global Allocation Mut Fund | | | | | Buy | 1/14/15 | J | | |
| 29.  - Goldman Sachs Bank USA Cash Acct | | | | | Buy | 12/31/15 | J | | |
| 30.  Trust # 1 | E | Dividend | O | T | | | | | |
| 31.  - DFA Intern'l Core Equity Ptfl Fund | | | | | Sold | 10/28/15 | M | | |
| 32.  - DFA US Core Equity 2 Fund | | | | | Sold | 10/28/15 | N | | |
| 33.  - DFA Emerg Mkts Core Equity Fund | | | | | Sold | 10/28/15 | L | | |
| 34.  - DFA Intern'l Sm Cap Value Fund | | | | | Sold | 10/28/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - DFA US Small Cap Value Port Fund | | | | | Sold | 10/28/15 | L | | |
| 36. - DFA US Large Cap Value Port Fund | | | | | Sold | 10/28/15 | L | | |
| 37. - DFA Real Estate Ptf Fund | | | | | Sold | 10/28/15 | K | | |
| 38. - DFA Global Real Estate Sec Ptf Fund | | | | | Sold | 10/28/15 | K | | |
| 39. - DFA Intern'l Value Ptf Fund | | | | | Sold | 10/28/15 | J | | |
| 40. - Vanguard Intern'l Equity Index Fund | | | | | Sold | 10/29/15 | J | | |
| 41. - Vanguard REIT ETF Index Fund | | | | | Sold | 10/29/15 | J | | |
| 42. - FDIC Insured Deposit Acct | | | | | Sold | 10/28/15 | J | | |
| 43. - Am. Beacon Sm Cap Value Fund | | | | | Buy | 11/30/15 | K | | |
| 44. - Am. Beacon Birdgeway Lg Cap Fund | | | | | Buy | 12/30/15 | K | | |
| 45. - Am Century Mid Cap Value Fund | | | | | Buy | 12/30/15 | K | | |
| 46. - Henderson Inter'l Opportunities Fund | | | | | Buy | 11/30/15 | K | | |
| 47. | | | | | Buy<br>(add'l) | 12/30/15 | K | | |
| 48. - iShares Core S&P 500 ETF Fund | | | | | Buy | 10/29/15 | L | | |
| 49. | | | | | Buy<br>(add'l) | 12/30/15 | L | | |
| 50. - Janus Enterprise Mut Fund | | | | | Buy | 10/29/15 | K | | |
| 51. - Natixis ASG Global Alternatives Fund | | | | | Buy | 10/29/15 | L | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Oppenheimer Developing Mkt Fund | | | | | Buy | 10/29/15 | K | | |
| 53. - Prudential Absolute Return Bond Fund | | | | | Buy | 10/29/15 | K | | |
| 54. - Ridgeworth Float. Rate High Income Fund | | | | | Buy | 10/29/15 | K | | |
| 55. - Touchstone Small Cap Growth Fund | | | | | Buy | 11/30/15 | K | | |
| 56. - Vanguard Growth ETF Fund | | | | | Buy | 11/30/15 | L | | |
| 57. - Goldman Sachs Bank USA Cash Acct | | | | | Buy | 10/29/15 | M | | |
| 58. Am. Century Equity Income Mut. Fund | A | Dividend | J | T | Sold (part) | 08/26/15 | K | | |
| 59. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 60. Am. Century Value Investor Mut. Fund | B | Dividend | K | T | Buy | 08/26/15 | K | | |
| 61. Artisan Mid Cap. Mut. Fund | | None | | | Sold | 11/13/15 | J | A | |
| 62. Deutsche Managed Muni. Bond Mut. Fund | B | Dividend | K | T | | | | | |
| 63. Henderson Euro. Focus Mut. Fund | A | Dividend | J | T | | | | | |
| 64. Janus Venture Mut. Fund | A | Dividend | J | T | | | | | |
| 65. Oakmark Select Mut. Fund | | None | | | Sold | 08/26/15 | J | E | |
| 66. Oakmark Fund Mutual Fund | A | Dividend | K | T | Buy | 08/26/15 | J | | |
| 67. Goldman Sachs Bank USA Cash Acct | A | Interest | J | T | Buy | 08/26/15 | J | | |
| 68. Bright Directions College Savings 9-12 A Portfolio | | None | | | Buy (add'l) | 01/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 70. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 71. | | | | | Sold | 03/18/15 | M | | |
| 72. Bright Directions College Savings 13-16 Portfolio | | None | M | T | Buy | 03/18/15 | M | | |
| 73. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 74. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 75. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 76. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 77. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 78. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 79. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 80. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 81. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 82. Bright Directions College Savings 13-16 Portfolio | | None | | | Buy (add'l) | 01/17/15 | J | | |
| 83. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 84. | | | | | Sold | 02/17/15 | M | | |
| 85. Bright Directions College Savings 17-20 Portfolio | | None | M | T | Buy | 02/17/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 87. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 88. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 89. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 90. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 91. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 92. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 93. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 94. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 95. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 96.  Jeffery, LLC | | None | L | W | | | | | |
| 97.  Apple (AAPL) | A | Dividend | L | T | | | | | |
| 98.  Revolution Lighting (RVLT) | | None | J | T | | | | | |
| 99.  Schwab One Interest Account | A | Interest | J | T | | | | | |
| 100.  JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John Z. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544